**2**

LEONARD K. WELSH CSB NO. 097954
LAW OFFICES OF YOUNG WOOLDRIDGE
10800 Stockdale Highway, Suite 202
Bakersfield, CA 93311
Telephone: (661) 327-9661
Email: lwelsh@youngwooldridge.com

Attorneys for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>SAVI CONSTRUCTION LLC<br><br>Debtor-in-Possession. | Case No. 25-13979-B-11<br><br>Chapter 11<br><br>DC No. YW-1<br><br>[No Hearing Requested]<br><br>Date: N/A<br>Time: N/A<br>Place: N/A<br>Judge: Honorable Rene Lastreto, II |

## ORDER AUTHORIZING EMPLOYMENT OF GENERAL COUNSEL PURSUANT TO 11 U.S.C. § 327(a)
### (COUNSEL FOR DEBTORS)

The *Application for Order Authorizing Employment of General Counsel Pursuant to 11 U.S.C. § 327(a)* (the "Application") filed by Savi Construction LLC ("Debtor") in the above-referenced case came before the Court for approval.

Having considered the Application and papers filed in support of the Application, and it appearing that the Law Offices of Young Wooldridge is a disinterested person having no connections with Debtor, its creditors, or any other party in interest, its respective attorneys, accountant, the Subchapter V Trustee, the United States Trustee or any person employed in the Office of the United States Trustee except as set forth in the Declaration of Leonard K. Welsh, and good cause appearing therefor,

IT IS ORDERED, ADJUDGED, and DECREED that Debtor is authorized to employ the Law Offices of Young Wooldridge as its attorneys of record pursuant to 11 USC Section 327(a) subject to the following terms and conditions:

1. The employment of the Law Offices of Young Wooldridge is subject to the applicable terms and conditions of 11 U.S.C. Sections 327 and 329-331.

2. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. Section 330(a).

3. Compensation paid to the Law Offices of Young Wooldridge shall be at the "lodestar rate" applicable at the time that services are rendered per the Ninth Circuit decision in In re Monoa Finance Co., 853 F.2d 687 (9th Cir. 1988). No hourly rate referred to in the Application is approved unless stated in this Order or in a subsequent order of the Court.

4. Funds received by the Law Offices of Young Wooldridge from Debtor in connection with this case are deemed an advance payment of fees and property of the estate until an order authorizing payment of such funds is entered regardless of whether they are called a retainer or are said to be nonrefundable. Funds received from Debtor that constitute an advance payment of fees shall be maintained in a trust account in an authorized depository. Such account may be a separate interest-bearing account or a trust account containing commingled funds. Withdrawals are permitted only after the granting of an application for compensation and the Court enters an order authorizing payment of a specific amount.

5. Monthly Applications for interim compensation filed by the Law Offices of Young Wooldridge pursuant to 11 USC Section 331 will be entertained by the Court.

6. Nothing contained herein shall be construed to approve any agreement between Debtor and the Law Offices of Young Wooldridge for indemnification, arbitration, choice of venue or jurisdiction, jury waiver, limitation of damages, or the like.

7. The employment of the Law Offices of Young Wooldridge is retroactive to November 26, 2025 and covers services rendered on and after November 26, 2025 – a date less than thirty days before the filing of the Application.

Dated: Dec 17, 2025

By the Court

René Lastreto II, Judge
United States Bankruptcy Court

2